## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Eastern District of New York

Index Number: 1:24-CV-02735-NGG-SJB

Date Filed: _____

Plaintiff:
**CARLOS RUIZ FLOREZ**

vs.

Defendant:
**EMMONS AVENUE MARINA LLC AND LIV ROCK REST CORP**

For:
Jennifer Tucek, Esq.
Law Office Of Jennifer E. Tucek, PC
315 MADISON AVNEUE
SUITE 3054
New York, NY 10017

Received these papers on the 23rd day of December, 2024 at 6:15 pm to be served on **EMMONS AVENUE MARINA LLC, 3939 Emmons Avenue, C/O Venice Marina, Brooklyn, NY 11235**.

I, Joseph Gill, do hereby affirm that on the **26th day of December, 2024** at **9:38 am**, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND AMENDED COMPLAINT**, to: **Jane Doe, Refuse to give true name** as **Clerk, Authorized Agent** for **EMMONS AVENUE MARINA LLC**, at the address of: **3939 Emmons Avenue, C/O Venice Marina, Brooklyn, NY 11235**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Description** of Person Served: Age: 64, Sex: F, Race/Skin Color: White, Height: 5'5", Weight: 150, Hair: Light Brown, Glasses: N

I, affirm on the date endorsed below, under penalties of perjury under the laws of New York, which may include fine or imprisonment, that the foregoing is true and I understand that this document may be filed in action or proceeding in a court of law.

_Joseph Gill_
Joseph Gill
2076366

Date: 12/26/2024

Our Job Serial Number: DPR-2024002418

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a