Jennifer E. Tucek, esq
LAW OFFICE OF JENNIFER E. TUCEK, PC
641 Lexington Avenue, 15th Floor
New York, NY 10022
(917) 669-6991
TucekLaw@Gmail.com

---

March 5, 2025

**Via CM/ECF**
Honorable Peggy Kuo
United States Magistrate Judge
Eastern District of New York
New York, New York

    Re:    *Florez v. Emmons Avenue Marina, LLC (24-cv-2735)*

Dear Magistrate Judge Kuo:

    I represent the Plaintiff in the above-referenced matter. I write with the consent of the Defendants to request a two-week adjournment of the settlement conference currently scheduled for April 15, 2025. I will be out of the country until April 14 and was scheduled on a return flight that evening. Unfortunately, that flight was just cancelled. I am unable to get another flight which would allow me to be at the conference on April 15. My client is not available again until the week of April 28. I have spoken with counsel for both Defendants and we are all available April 29 – May 2.

    This is Plaintiff's second request for an adjournment. The first one was sought to allow Defendant Emmons Avenue Marina, whose appearance was very difficult to obtain, time to appear in the matter. There are no dates that are necessarily affected, although Defendant Liv Rock Rest. Corp. may request an adjournment of its motion to dismiss if it so chooses. Thank you.

Respectfully,

/s/ Jennifer E. Tucek
Law Office of Jennifer E. Tucek, PC
Attorney for the Plaintiff
JT2609