MERCEDES COLWIN
MCOLWIN@GRSM.COM

BRYAN DESTEFANO
BDESTEFANO@GRSM.COM



March 31, 2025

**VIA ECF**
The Honorable Peggy Kuo, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:    *Florez v. Emmons Avenue Marina, LLC., et al.*
> Case No.: 1:24-cv-02735-NGG

Dear Judge Kuo:

We represent Defendant Emmons Avenue Marina, LLC ("Defendant" or "Emmons") in the matter referenced above. We write with the consent of counsel for plaintiff to advise the Court that Emmons and plaintiff have resolved the matter in principle. This agreement in principle is between plaintiff and Emmons only.

We appreciate the Court's attention to this matter and are available at the Court's convenience should it have any questions.

Respectfully submitted,

/s/ *Bryan DeStefano*
Bryan DeStefano

cc:    All Attorneys of Record (via ECF)