EXHIBIT "A"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

CARLOS RUIZ FLOREZ,

                                  Plaintiff,

            -against-                                Case No. 1:24-cv-02735-NGG

EMMONS AVENUE MARINA, LLC and LIV
ROCK REST CORP.,

                                  Defendants.
-------------- ------------------------------------------------X

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff, CARLOS RUIZ FLOREZ, and Defendant, EMMONS
AVENUE MARINA, LLC, who, by and through their respective undersigned counsel, and
pursuant to a confidential settlement agreement, and pursuant to the provisions of Rule 41(a)(l)
of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of the above-captioned
action, with prejudice, with regard to Defendant EMMONS AVENUE MARTINAM, LLC. Each
party shall bear their own attorneys' fees and costs.

Dated: Thi. 15 day of May 2025.

By: _____

Jennifer Tucek, Esq.
Law Office of Jennifer Tucek, PC
641 Lexington Avenue, 15th Floor
New York, NY 10022
Telephone: (917) 669-6991
Email: tuceklaw@gmail.com
*Attorneys for Plaintiff*

By: _____

Bryan Phillip DeStefano, Esq.
Gordon Rees Scully Mansukhani LLP
1 Battery Park Plaza, 28th Floor
New York, NY 10004
Telephone: (212) 453-0707

1

**So Ordered.**

s/Nicholas G. Garaufis
_____
Hon. Nicholas G. Garaufis
Date: 5/15/25