# LEVIN-EPSTEIN & ASSOCIATES, P.C.

420 Lexington Ave. • Suite 2458 • New York, New York 10170
T: 212.792-0048 • E: Jason@levinepstein.com

May 21, 2025

*Via ECF*
The Hon. Peggy Kuo, U.S.M.J.
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:   *Ruiz Florez v. Emmons Avenue Marina, LLC et al*
>       **Case No.: 1:24-cv-02735-NGG-PK**

Dear Honorable Magistrate Judge Kuo:

This law firm represents Defendant LIV Rock Rest Corp. (the "Tenant Defendant") in the above-referenced matter

Pursuant to Your Honor's Individual Motion Practice Rules, this letter respectfully serves to advise the Court that the parties have reached a settlement-in-principal in the above-referenced action.

Accordingly, it is respectfully requested that the Court adjourn the in-person settlement conference scheduled for May 22, 2025, and all other Court deadlines and appearances, *sine die*. The parties anticipate filing a stipulation of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), within the next thirty (30) days.

The parties wish to thank the Court for its efforts in facilitating meaningful settlement discussions.

Respectfully submitted,

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By:  */s/ Jason Mizrahi*
     Jason Mizrahi, Esq.
     420 Lexington Ave., Suite 2458
     New York, New York 10170
     Tel. No.:  (212) 792-0048
     Email: Jason@levinepstein.com
     *Attorneys for Defendant Liv Rock Rest Corp.*

VIA ECF: All Counsel

1