**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X

Carlos Ruiz Florez,

Case No.: 24-cv-02735

*Plaintiff,*

**STIPULATION OF**
**VOLUNTARY DISMISSAL**
**WITH PREJUDICE**

-*against*-

Emmons Avenue Marina LLC, and Liv Rock Rest
Corp.,

*Defendants.*
-----------------------------------------------------------------------X

Plaintiff Carlos Ruiz Florez (the "Plaintiff"), by his undersigned counsel, agrees and stipulates with as follows with Defendant Liv Rock Rest Corp. (the "Defendant") by their undersigned counsel:

IT IS HEREBY STIPULATED AND AGREED by and between the parties that this action is voluntarily dismissed as against Defendant with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), without costs or attorneys' fees to any party; and

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be signed in counterparts and that a facsimile copy or other electronic copies shall be deemed originals.

IT IS FURTHER STIPULATED AND AGREED that the Parties have agreed that the Eastern District of New York shall retain jurisdiction over the enforcement of the settlement agreement which has also been filed.

Dated:   New York, New York
         June 23, 2025

10

**LAW OFFICE OF JENNIFER E. TUCEK, P.C.**

By: _____

Jennifer Elizabeth Tucek, Esq.
641 Lexington Avenue, 15th Floor
New York, New York 10022
Tel. No.: (917) 669-6991
Email: tuceklaw@gmail.com
*Attorneys for Plaintiff*

**LEVIN-EPSTEIN & ASSOCIATES, P.C.**

By: _____

Jason Mizrahi, Esq.
420 Lexington Avenue, Suite 2458
New York, NY 10170
Tel. No.: (212) 792-0048
Email: Jason@levinepstein.com
*Attorneys for Defendant Liv Rock Rest Corp.*

**So Ordered.**

s/Nicholas G. Garaufis

**Hon. Nicholas G. Garaufis**
**Date:** 6/30/25

11